**IT IS ORDERED as set forth below:**

**Date: April 18, 2014**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| ZACHARY RENE MCCARTHY, | CASE NO. 13-75217-BEM |
| Debtor. | CHAPTER 13 |

**O R D E R**

This Chapter 13 case is before the Court on the debtor ZACHARY RENE MCCARTHY's application to employ special counsel pursuant to 11 U.S.C. § 327(e), filed on March 7, 2014. The motion seeks approval of Holly Geerdes, Esq., as special counsel to represent the debtor in connection with a motor vehicle accident.

The motion and supporting affidavit having been read and considered, it is hereby GRANTED. However, there shall be no compensation for fees or expenses without prior approval by this Court. Special counsel shall not be permitted to retain any other professionals to assist with the litigation without prior approval from the Court and such professionals must comply with applicable provisions of the Bankruptcy Code and Bankruptcy Rules governing employment and payment of professionals.

**END OF ORDER**

**Distribution List**

Zachary Rene McCarthy
783 Lost Creek Circle
Stone Mountain, GA 30088

Attorney Holly Geerdes
555 Sun Valley Dr
Suite N
Roswell, GA 30076

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Mary Ida Townson
Standing Chapter 13 Trustee
191 Peachtree St. N.E.
Suite 2200
Atlanta, GA 30303

John Forbes
Robert J. Semrad & Associates
Suite 3600
101 Marietta St.
Atlanta, GA 30303